ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant U.S. Attorney
Arizona State Bar No. 003938
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Attorneys for Plaintiff

\_\_FILED\_\_\_\_LODGED
\_\_RECEIVED\_\_\_COPY

2012 JAN 18  P 3: 13

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR12-0171 TUC

VICTIM CASE

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ivan Tafoya,<br>Hector Mendoza,<br><br>　　　　Defendant's. | **I N D I C T M E N T**<br><br>Violation:  18 USC §111(a)(1),<br>　　　18 USC 111(a)(1) and (b)<br><br>Assault on a Federal Officer;<br>Assault on a Federal Officer<br>Resulting in Bodily Injury; |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about November 19, 2011, at the Federal Corrections Institution at or near Tucson, in the District of Arizona, the defendant, Ivan Tafoya intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Corrections Officer Nathan Metcalf, an officer of the United States while Corrections Office Nathan Metcalf was engaged in and on account of the performance of his official duties with the act constituting more than simple assault that is Ivan Tafoya grabbed and wrestled with Corrections Officer Nathan Metcalf, in violation of Title 18 United States Code Section 111(a)(1).

**COUNT TWO**

On or about November 19, 2011, at the Federal Corrections Institution at or near Tucson, in the District of Arizona, the defendant, Hector Mendoza intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Corrections Officer Nathan Metcalf, an officer of the United States while Corrections Office Nathan Metcalf was engaged in and on account of the performance of his official duties with the act constituting more than simple assault and resulting in bodily injury, that is Hector Mendoza pushed and fought Corrections Officer Nathan Metcalf causing abrasions, and a laceration, in violation of Title 18 United States Code Sections 111(a)(1) and (b).

**COUNT THREE**

On or about November 19, 2011, at the Federal Corrections Institution at or near Tucson, in the District of Arizona, the defendant, Ivan Tafoya intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Corrections Officer Allen Domas, an officer of the United States while Corrections Office Allen Domas was engaged in and on account of the performance of his official duties with the act constituting more than simple assault and resulting in bodily injury, that is Ivan Tafoya punched and kicked Corrections Officer Allen Domas causing abrasions, contusions and a laceration, in violation of Title 18 United States Code Sections 111(a)(1) and (b).

A TRUE BILL

/s/

_____
Presiding Juror

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

/s/

Assistant U.S. Attorney

JAN 1 8 2012