THE LAW FIRM OF
**HEURLIN SHERLOCK**
1636 N. SWAN ROAD, STE. 200
TUCSON, ARIZONA 85712-4096
TEL 520.319.1200
FAX 520.319.1221

Bruce R. Heurlin, SB#003214
Email: BHeurlin@HSLazlaw.com
Attorney for Hector Mendoza

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES,<br>　　　　　　　Plaintiff,<br>　v.<br>HECTOR MENDOZA,<br>　　　　　　　Defendant. | CR-12-00171-CKJ-LAB<br><br>**OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT** |

Hector Mendoza (Mendoza) objects to the initial Presentence Investigation Report as follows:

<u>Pages 3-4, paragraphs 5, 6, and 7</u> - Mendoza objects to the Correction Officer's (CO) statements regarding the incident. Mendoza denies the CO's version of what happened.

Dated: November 26, 2012.　　　　　*s/ Bruce R. Heurlin*
　　　　　　　　　　　　　　　　　Bruce R. Heurlin, SBN 003214
　　　　　　　　　　　　　　　　　HEURLIN SHERLOCK
　　　　　　　　　　　　　　　　　1636 N. Swan Road, Suite 200
　　　　　　　　　　　　　　　　　Tucson, AZ 85712-4096
　　　　　　　　　　　　　　　　　Tel: (520) 319-1200  Fax: (520) 319-1221
　　　　　　　　　　　　　　　　　Attorney Hector Mendoza

1

## **CERTIFICATE OF SERVICE**

I, Judy Brewer, certify that on November 26, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing for the ECF registrants,

and mailed a copy to:

Dee Mosley
U.S. Probation Officer
405 W Congress, Suite 2400
Tucson, Arizona  85701-5022

                                    *s/ Judy Brewer*
                                    Judy Brewer